## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEBASTIAN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  CIV-11-1413-F |
| | ) |
| KATRYNA FRECH, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Magistrate Judge Robert E. Bacharach's Report and Recommendation is before the court.  (Doc. no. 19.)  The Report recommends that the court grant plaintiff's motion to voluntarily dismiss this action without prejudice to refiling.  (Doc. no. 18.)

The Report and Recommendation advised that any objections to the report must be filed by April 30, 2012, and that failure to timely object would foreclose appellate review of the suggested ruling.  No objection has been filed and no request for an extension of time within which to object has been filed.

Having conducted its own review and with there being no objection, the Report and Recommendation of Magistrate Judge Bacharach is **ACCEPTED**, **ADOPTED** and **AFFIRMED** in its entirety.  Plaintiff's motion to voluntarily dismiss this action without prejudice to refiling is **GRANTED**, and this action is hereby **DISMISSED** without prejudice.  All other motions are **STRICKEN** as moot.

Dated this 1st day of May, 2012.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1413p001.wpd